**BRONSTER FUJICHAKU ROBBINS**
A Law Corporation
MARGERY S. BRONSTER  4750
ROBERT M. HATCH  7724
NOELLE E. CHAN  11280
1003 Bishop Street, Suite 2300
Honolulu, Hawai'i 96813
Telephone: (808) 524-5644
Facsimile: (808) 599-1881
E-mail: mbronster@bfrhawaii.com
          rhatch@bfrhawaii.com
          nchan@bfrhawaii.com

**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
DANIEL O. HERRERA (pro hac vice to be submitted)
NICKOLAS J. HAGMAN (pro hac vice to be submitted)
135 S. LaSalle, Suite 3210
Chicago, Illinois 60603
Telephone: (312) 782-4880
Facsimile: (312) 782-4485
Email: dherrera@caffertyclobes.com
nhagman@caffertyclobes.com

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
ANDREW A. LEMMON (pro hac vice)
GARY M. KLINGER (pro hac vice)
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Phone: (866) 252-0878
E-mail: alemmon@milberg.com
E-mail: gklinger@milberg.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF HAWAII**

| | |
|---|---|
| JOSEPH SMITH and TONY LEE, individually and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>HAWAIIUSA FEDERAL CREDIT UNION,<br><br>  Defendant. | Case No. 1:23-cv-00201 JMS-KJM<br>Case No. 1:23-cv-00240 JMS-KJM |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiffs Joseph Smith and Tony Lee, pursuant to Local Rule 41.1 and F.R.C.P. Rule 41(a), hereby voluntarily dismiss this action against Defendant HawaiiUSA Federal Credit Union without

prejudice. Each party shall bear their own attorneys' fees and/or costs. There are no further claims, counterclaims, cross-claims, or third-party claims that would remain following the dismissal. The Defendant has not filed their Answer or Motion for Summary Judgement.

Respectfully submitted,

 *s/ Gary M. Klinger*
Gary M. Klinger (*pro hac vice*)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: 866-252-0878
gklinger@milberg.com

Margery S. Bronster
Robert M. Hatch
Noelle E. Chan
**BRONSTER FUJICHAKU ROBBINS**
1003 Bishop Street, Suite 2300
Honolulu, Hawaii 96813
Telephone: (808) 524-5644
Facsimile: (808) 599-1881
mbronster@bfrhawaii.com
rhatch@bfrhawaii.com
nchan@bfrhawaii.com

Daniel O. Herrera (*pro hac vice* to be submitted)
Nickolas J. Hagman (*pro hac vice* to be submitted)
**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
135 S. LaSalle Street, Suite 3210
Chicago, Illinois 60603
Telephone: (312) 782-4880
Facsimile: (312) 782-4485
dherrera@caffertyclobes.com
nhagman@caffertyclobes.com

*Attorneys for Plaintiffs*

Joachim P. Cox
Abigail M. Holden
**COX FRICKE, LLP**

800 Bethel Street, Suite 600
Honolulu, Hawaii 96813
Telephone: (808) 585-9440
Facsimile: (808) 275-3276
jcox@cfhawaii.com
aholden@cfhawaii.com

Matthew D. Pearson (*pro hac vice*)
**BAKER & HOSTETLER LLP**
600 Anton Boulevard, Suite 900
Costa Mesa, California 92626
Telephone: (714) 754-6600
Facsimile: (714) 754-6611
mpearson@bakerlaw.com

Sarah A. Ballard (*pro hac vice*)
**BAKER & HOSTETLER, LLP**
1801 California Street, Suite 4400
Denver, Colorado 80202
Telephone: (303) 861-0600
Facsimile: (303) 861-7805
sballard@bakerlaw.com

*Attorneys for Defendant*

APPROVED AS TO FORM.



　　/s/ J. Michael Seabright
J. Michael Seabright
United States District Judge

*Smith v. HawaiiUSA Federal Credit Union*, Civ. No. 23-00201 JMS-KJM; *Lee v. HawaiiUSA Federal Credit Union*, Civ. No. 23-00240 JMS-KJM; Notice of Voluntary Dismissal Without Prejudice

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 11, 2024, the foregoing document was filed via the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record.

    *s/ Gary M. Klinger*
Gary M. Klinger
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: 866-252-0878
gklinger@milberg.com